UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-20600-CR-ZLOCH/SNOW

UNITED STATES OF AMERICA,

    Plaintiff.

vs.

WALTER FRANK CLARK,

    Defendant.
    _____/

## ORDER

THIS MATTER is before the Court on a bond revocation hearing. Having reviewed the applicable filings and the law and having heard from counsel it is

ORDERED AND ADJUDGED that the defendant's bond is hereby REVOKED. The defendant is permitted to revisit this issue in the event that Judge Torres reconsiders his pretrial order of detention (DE# 7 in Case No. 08cr20646, 7/7/08).

The defendant was charged by criminal complaint[1] with conspiracy to deal in counterfeit currency in violation of Title 18, United States Code, Sections 371 and 473. On June 24, 2008, the defendant appeared before the undersigned for a bond hearing. The undersigned imposed a $100,000.00 personal surety bond with special conditions. The undersigned permitted the

---

[1] On June 27, 2008, the grand jury returned an indictment (DE# 21) charging the defendant with conspiracy to deal in counterfeit obligations and to steal public money in violation of Title 18, United States Code, Section 371, dealing in counterfeit obligations in violation of Title 18, United States Code, Section 473 and theft of public money in violation of Title 18, United States Code, Section 641.

defendant to reside with his girlfriend.

During the instant revocation hearing, the government proffered that on June 25, 2008, while the defendant was residing with his girlfriend, the defendant threatened two individuals who were staying at the home of the defendant's girlfriend.

On June 30, 2008, the defendant was charged by criminal complaint[2] with engaging in conduct that caused bodily injury to one victim, and threatened bodily harm to another victim with the intent to retaliate against the victims for cooperating with law enforcement officers by providing information relating to the commission of a federal offense by the defendant in violation of Title 18, United States Code, Section 1513(b)(2). See Criminal Complaint (DE# 1 in Case No. 08cr20646, 7/1/08). On July 3, 2008, the defendant appeared before Judge Torres for a pretrial detention hearing. See Detention Order (DE# 7 in Case No. 08cr20646, 7/7/08). At the pretrial detention hearing, Judge Torres heard testimony from three of the defendant's witnesses: the defendant's girlfriend, the girlfriend's daughter and the girlfriend's niece. Judge Torres ordered that the defendant be detained pending trial and found that no condition or combination of conditions would reasonably assure the safety of the community. Id.

Based on the government's proffer and the findings contained in Judge Torres' Detention Order (DE# 7 in Case No. 08cr20646, 7/7/08), the undersigned finds that there is a serious risk that the defendant will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness. 18 U.S.C. § 3142 (f)(2)(B).

---

[2] On July 15, 2008, the defendant was indicted (DE# 8 in Case No. 08cr20646) with tampering with a witness, victim or informant in violation of Title 18, United States Code, Section 1512(a)(2)(C) and two counts of retaliating against a witness, victim or informant in violation of Title 18, United States Code, Section 1513(b)(2).

Accordingly, the defendant's bond is revoked and the defendant shall be detained pending trial in the instant case.

      DONE AND ORDERED in Chambers at Miami, Florida, this **23rd** day of July, 2008.

                                                  JOHN J. O'SULLIVAN
                                                  UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Huck
All counsel of record